# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kozinski, Alex | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>7/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

125 S. Grand Avenue
Suite 200
Pasadena, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Limited Partnerships | Reported in Section VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 7/25/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Feb 4-6 | Case Western Reserve School of Law - Teaching | $2,500.00 |
| 2. April 9-12 | U.C. Davis - Teaching | $2,500.00 |
| 3. August 5 | Assn. for Education in Jounalism & Mass Communication - Teaching | $500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Self-employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western Reserve School of Law | Feb 4-6 | Cleveland, Ohio | Teaching | Travel & Lodging |
| 2. | Gonzaga University | March 23-14 | Spokane, WA | Speaking Engagement | Travel & Lodging |
| 3. | U.C. Davis | April 9-12 | Sacramento, CA | Teaching | Travel & Lodging |
| 4. | Heritage Spring Legal | May 6-7 | Bellevue, WA | Speaking Engagement | Travel & Lodging |
| 5. | Stanford Univ. Law School | June 7-8 | Palo Alto, CA | Speaking Engagement | Travel & Lodging |
| 6. | UCL 5th Annual sir Hugh Laddie Lecture | June 24-30 | London, England | Speaking Engagement | Travel & Lodging, self & spouse |

| 7. | Jon Fougner | July 24-26 | Napa Valley, CA | Perform Wedding | Travel & Lodging, self & spouse |
|---|---|---|---|---|---|
| 8. | Assn for Education in Journalism & Mass Communicaiton | August 5 | San Francisco, CA | Teaching | Travel |
| 9. | The Federalist Society-Silicon Valley | August 20-21 | Palo Alto, CA | Speaking Engagement | Travel & Lodging |
| 10. | CA Attorneys for Criminal Justice | August 21-22 | San Francisco, CA | Speaking Engagement | Travel & Lodging |
| 11. | CBS 60 Minutes | August 28-30 | New York, NY | Interniew | Travel & Lodging |
| 12. | Baker & McKenzie Practice Group Retreat | Sept. 11-13 | Carmel, CA | Speaking Engagement | Travel & Lodging, self & spouse |
| 13. | The Federalist Society-Columbia Law School | Sept. 16-17 | New York, NY | Speaking Engagement | Travel & Lodging |
| 14. | Foley & Lardner, LLP, IP Conference | Sept. 17-19 | Chicago, ILL | Speaking Engagement | Travel & Lodging |
| 15. | Santa Clara Univiversity NCIP Syposium | Sept 24-25 | Santa Clara, CA | Speaking Engagement | Travel & Lodging |
| 16. | ABTL 42nd Annual Seminar | Oct 1-4 | Ojai Valley, CA | Speaking Engagement | Travel & Lodging, self & spouse |
| 17. | San Diego Federal Defenders Annual Conference | Oct. 10 | San Diego, CA | Speaking Engagement | Travel |
| 18. | Berkeleyside LLC - Festival of Ideas | Oct. 15-16 | Berkeley, CA | Speaking Engagement | Travel & Lodging |
| 19. | The Constitution Project | Oct 28 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
| 20. | The Federalist Society-Nat'l Lawyers Convention | Nov 12-14 | Washington, D.C. | Speaking Engagement | Travel & Lodging |
| 21. | CATO Institute | Nov. 15-17 | Washington, D.C. | Speaking Engagement | Travel & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 7/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 7/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 816 SHS SANMINA-SCI | A | Dividend | | | Sold | 04/26/10 | J | A | |
| 2. 121 SHS STANCORP | A | Interest | J | T | | | | | |
| 3. DREYFUS MUNI MONEY MARKET FUND | A | Interest | L | T | | | | | |
| 4. SCHWAB MONEY MARKET FUND | A | Interest | N | T | Buy (add'l) | 12/15/15 | M | | |
| 5. Fidelity Cash Reserves(FDRXX) | A | Interest | K | T | | | | | |
| 6. ARNA | A | Dividend | | | Sold | 4/9/15 | J | A | |
| 7. TIP | A | Dividend | K | T | | | | | |
| 8. HYG | A | Dividend | K | T | | | | | |
| 9. BND | A | Dividend | J | T | | | | | |
| 10. VWO | A | Dividend | K | T | | | | | |
| 11. VGK | A | Dividend | K | T | | | | | |
| 12. VPL | A | Dividend | K | T | | | | | |
| 13. VNQ | A | Dividend | J | T | | | | | |
| 14. VB | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 15. VTI | A | Dividend | | | Sold | 12/15/15 | K | A | |
| 16. SPDR | A | Dividend | | | Buy | 05/04/15 | J | | |
| 17. SPDR | A | Dividend | | | Sold | 12/15/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 7/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. (PTR) HISTORIC PRE. PROP. | A | Interest | J | U | | | | | |
| 19. (PTR) WINGATE HSG. II | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 1 - Sanmina-SCI Shares. I had difficulty tracing what had happened to these shares for the past several years becuase they were not held in a trading account and the paper file had been misplaced. I was recently able to confirm that they were sold in April 2010. Please consider this an amendment to the Financial Disclosure Forms previously filed for all yers between 2010 and the present.

Line 5 in prior reports was actually a duplicate of Line 4. It was originally done this way because the Judge and I each have IRAs with Schwab. However, it seems to make more sense to just reflect this as a single, combined entry. Also, zs noted on the report, the amount of money in the Schwab account has increased not just becuase of the combination, but also because funds from the sale of other stocks were put in the money market fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Kozinski, Alex | 7/25/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alex Kozinski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544